IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LIMA CHARLIE SIERRA, LLC                                    PLAINTIFF

v.                          No. 4:21-cv-303-DPM

XL SPECIALTY INSURANCE COMPANY                   DEFENDANT

ORDER

Jonathan Mader will begin clerking for me in August 2021. My impartiality in this case could therefore reasonably be questioned. 28 U.S.C. § 455(a). I recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 April 2021