IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LIMA CHARLIE SIERRA LLC                                               PLAINTIFF

vs.                              CASE NO. 4:21CV000303 – JM

XL SPECIALTY INSURANCE COMPANY                                DEFENDANT

## JUDGMENT

On October 31, 2022, this case came on for trial before a jury. On November 2, 2022, the jury returned a verdict in favor of Plaintiff, awarding it damages in the amount of $1,225,000.00 for Defendant's breach of the parties' contract,[1] to bear interest at 4.74% per annum[2] until paid.

IT IS SO ORDERED and ADJUDGED this 14th day of November, 2022.

_____
James M. Moody Jr.
United States District Judge

---

[1] This amount was designated as physical damage; no amount was awarded for maintenance and insurance expenses.

[2] The post-judgment interest rate is the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the Judgment.